**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

**INTRODUCTION**

I, Zachary Mullin, being duly sworn, hereby depose and state:

1. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since August of 2023. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, § 2510 (7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in Title 18, United States Code, § 2252A(a)(2). Prior to my employment with the FBI, I served as a Soldier in the United States Army for approximately five years. I am currently a member of the FBI Safe Streets Peninsula Task Force (SSPTF). In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, violent crimes, criminal organizations, crimes against children, and robberies. Since joining the FBI, your affiant has received specialized training in criminal investigations, identifying and seizing electronic evidence, recovery, and social site investigations.

2. This affidavit supports an application for a criminal complaint charging JAZZ KWAME GRANT with possession of ammunition by a prohibited person, in violation of Title 18, United States Code, § 922(g)(1).

3. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a

criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JAZZ KWAME GRANT, has committed a violation of Title 18, United States Code, Section 922(g)(1).

**STATUTORY AUTHORITY AND DEFINITIONS**

4. This investigation concerns alleged violations of Title 18, United States Code, Section 922(g)(1), relating to possession of ammunition by a prohibited person. Title 18, United States Code, Section 922(g)(1) makes it unlawful for any person convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to possess, ship, or receive any firearm or ammunition.

5. The term "ammunition" as defined by Title 18, United States Code, § 921(a)(17) means ammunition or cartridge cases, primers, bullets, or propellent powder designed for use in any firearm.

**FACTS AND CIRCIMSTANCES**

6. On December 12, 2024, Hampton Police Division charged and obtained an arrest warrant for JAZZ KWAME GRANT for (i) possession of a firearm by a convicted felon on November 6, 2024, in violation of Virginia Code Section 18.2-308.2; and (ii) pointing, holding, and brandishing a firearm on November 6, 2024, in violation of Virginia Code Section 18.2-282.

7. In early December 2024, law enforcement officers with Fairfax County Police Department were able to locate GRANT by surveilling him leaving the residence of **** Hallie Rose Street in Alexandria, Virginia.

8. On December 12, 2024, GRANT was arrested by Fairfax County Police and United

States Marshals on the above-mentioned Hampton arrest warrants. GRANT confirmed to law enforcement officers that he was staying at **** Hallie Rose Street in Alexandria.

9. A state search warrant was obtained and executed at **** Hallie Rose Street, Alexandria, Virginia. During a search of the residence, the occupants of the residence identified the room where GRANT had been staying. In that room, police found a bag containing mail addressed to GRANT and paperwork with GRANT's name on it, along with multiple Luger 9mm cartridges.

10. Specifically, police recovered one box of Sellier and Bellot 9mm ammunition containing 42 rounds; one box of Winchester 9mm ammunition containing 10 more rounds of an assortment of brands including Tulammo, Winchester, Sellier and Bellot, Blazer, and Federal; and a Plano ammunition case containing 16 more rounds of an assortment of brands including Remington and Cascade Cartridge Inc.

11. There is probable cause the defendant knew of his status as a convicted felon. According to the defendant's criminal record from the National Crime Information Center (NCIC) and certain certified convictions obtained by your affiant, GRANT has numerous felony convictions, including three prior convictions for firearm by felon (2008, 2012, 2018).

12. Your affiant conferred with a firearm and ammunition expert from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) who opined that above-described ammunition is not manufactured in the Commonwealth of Virginia and therefore traveled in and affected interstate commerce.

**CONCLUSION**

13. Based upon the facts set forth above, I submit that probable case exists to believe JAZZ KWAME GRANT, has violated Title 18, United States Code, Section 922(g)(1), by illegally

possessing ammunition as a prohibited person.

FURTHER YOUR AFFIANT SAYETH NOT.

Zachary Mullin
Special Agent
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney D. Mack Coleman.

Reviewed:

D. Mack Coleman
Assistant United States Attorney

Subscribed and sworn to before me this 15th day of April 2025, in the City of Norfolk, Virginia.

Robert J. Krask
UNITED STATES MAGISTRATE JUDGE